UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   **CV 23-1881-MWF(MARx)**                                       Date: June 20, 2023

Title   **United African Asian Abilities Club, et al. v. 17351 Vanowen LLC, et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on March 13, 2023. (Docket No. 1). On June 3, 2023, Plaintiffs filed a Proof of Service on Defendant 17351 Vanowen LLC. (Docket No. 8). The Proof of Service reflects a substituted service mailing date of April 17, 2023. Defendant's response to the Complaint was due May 18, 2023.

The Court **ORDERS** Plaintiffs to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **JUNE 30, 2023**.

- BY DEFENDANT: RESPONSE TO THE COMPLAINT. The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

    OR

- BY PLAINTIFFS: APPLICATION FOR CLERK TO ENTER DEFAULT.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-1881-MWF(MARx)**                                         Date:  June 20, 2023

Title          **United African Asian Abilities Club, et al. v. 17351 Vanowen LLC, et al.**

respond to the Order to Show Cause by **JUNE 30, 2023** will result in the dismissal of this action.

    IT IS SO ORDERED.